AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
Cinquan Cartledge, (DOB: XXXXXXXXX)
Elton Devonne Wills, (DOB: XXXXXXXX)

*Defendant(s)*

Case: 1:26-mj-000112
Assigned To: Judge Upadhyaya, Moxila A.
Assign. Date: 7/13/2026
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 11, 2026 in the county of ______ in the ______ in the District of Columbia , the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |

18 U.S.C. § 922(g)(1) (Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)

22 D.C. Code § 2801, 4502 (Robbery While Armed)

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Christopher Perzanoski, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 07/13/2026

*Judge's signature*

City and state: Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge

*Printed name and title*